Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

N̲o̲r̲t̲h̲e̲r̲n̲ District of M̲a̲r̲y̲l̲a̲n̲d̲

B̲a̲l̲t̲.̲m̲o̲r̲e̲ Division

FILED _____ _____ ENTERED
_____ LOGGED ☑ RECEIVED

APR 1 3 2026

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY N̲i̲g̲h̲t̲ ̲D̲r̲o̲p̲ ̲B̲o̲x̲ DEPUTY

|  |  |
|---|---|
| D̲a̲n̲i̲e̲l̲ ̲R̲u̲m̲a̲n̲o̲s̲<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br><br>-v-<br><br>J̲a̲n̲e̲ ̲G̲o̲d̲i̲n̲e̲r̲<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names.)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. G̲L̲R̲ ̲2̲6̲ ̲C̲V̲ ̲1̲4̲3̲4̲<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☐ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | D̲a̲n̲i̲e̲l̲ ̲R̲u̲m̲a̲n̲o̲s̲ |
| Street Address | 1̲0̲0̲0̲ ̲B̲o̲a̲r̲d̲w̲a̲l̲k̲ |
| City and County | A̲t̲l̲a̲n̲t̲i̲c̲ ̲C̲i̲t̲y̲,̲ ̲A̲t̲l̲a̲n̲t̲i̲c̲ ̲C̲o̲u̲n̲t̲y̲ |
| State and Zip Code | N̲e̲w̲ ̲J̲e̲r̲s̲e̲y̲,̲ ̲0̲8̲4̲0̲1̲ |
| Telephone Number | 6̲0̲9̲-̲5̲1̲5̲-̲4̲7̲0̲8̲ |
| E-mail Address | d̲r̲r̲u̲m̲a̲n̲o̲s̲@̲g̲m̲a̲i̲l̲.̲c̲o̲m̲ |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known).*  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name                          Jane Godiner

    Job or Title *(if known)*     Food Reporter

    Street Address             300 E. Cromwell St.

    City and County          Baltimore City

    State and Zip Code      Maryland, 21230

    Telephone Number      917-612-5832

    E-mail Address *(if known)*   jgodiner@baltsun.com

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question        ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

~~28 US Code Section 4101~~

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual
   The plaintiff, *(name)* Daniel Rumanos , is a citizen of the
   State of *(name)* New Jersey .

   b.    If the plaintiff is a corporation
   The plaintiff, *(name)* ~~~~ , is incorporated
   under the laws of the State of *(name)* ~~~~ ,
   and has its principal place of business in the State of *(name)*
   .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual
   The defendant, *(name)* Jane Godiner , is a citizen of
   the State of *(name)* Maryland . Or is a citizen of
   *(foreign nation)* .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

  b.  If the defendant is a corporation

    The defendant, *(name)* _____, is incorporated under

    the laws of the State of *(name)* _____, and has its

    principal place of business in the State of *(name)* _____.

    Or is incorporated under the laws of *(foreign nation)* _____,

    and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

  3.  The Amount in Controversy

    The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

*Defendant's actions have caused considerable loss of income.*

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*Jane Godiner has published false and slanderous statements in a wilfull attempt to interfere with the development of my business. Little T's New York Deli. She has ignored notices to cease and desist from harrasment and defamation.*

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*The defendant's actions having caused considerable loss of income due to delays in the development of my business, I am claiming damages in the amount of $500,000.*

Page 4 of 5

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    4–13–2026

Signature of Plaintiff

Printed Name of Plaintiff

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address