IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

\*

DANIEL RUMANOS,

v.                                          \*              Civil Action No. 26-1434

\*

JANE GODINER,                          \*
\*\*\*

## ORDER

The above-captioned self-represented Complaint was filed together with a Motion for Leave to Proceed in Forma Pauperis (ECF No. 2), which shall be granted. It does not appear, however, that Plaintiff has furnished a U.S. Marshal service of process form for each named Defendant in this case. Until Plaintiff cures this problem, service shall not be issued. The Clerk shall be directed to mail a copy of the Marshal form for each Defendant to Plaintiff, who must complete and return the forms to the Clerk within twenty-one (21) days from the date of this Order. Failure to comply with this Order may result in dismissal without prejudice of Plaintiff's Complaint. Once all the forms are received, the Clerk and the U.S. Marshal will be directed to take all necessary steps to effectuate service of process

Under Federal Rule of Civil Procedure 4(e)(1), service of process on an individual must comport with the state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located. In Maryland, service on an individual Defendant is made by either: leaving a copy of the summons, Complaint, and all other papers filed with it at the individual's dwelling house or usual place of abode with a resident of suitable age and discretion, or by mailing to the person to be served a copy of

the summons, Complaint, and all other papers filed with it by certified mail requesting "Restricted Delivery – show to whom, date, address of delivery." Md. Rule 2-121(a).

Both LexisNexis and Westlaw provide free public access to the Maryland Rules. Free public access to the Maryland Rules is also available through the Maryland State Law Library's website at: https://mdcourts.gov/lawlib/research/gateway-to-md-law-code-rules-laws-sources. If there is no record that service was effectuated on Defendant/s, Plaintiff risks dismissal of this case. Pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a., if a party demanding affirmative relief has not effectuated service of process within 90 days of filing the Complaint, the Court may enter an Order asking the party to show cause why the claims should not be dismissed. If the party fails to show cause within the time as set by the Court, the Complaint shall be dismissed without prejudice.

Accordingly, it is this 21st day of April, 2026, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Motion for Leave to Proceed In Forma Pauperis (ECF No. 2) is GRANTED;

2. The Clerk shall SEND a copy of this Order, together with 1 copy of the U.S. Marshal Forms to Plaintiff;

3. Plaintiff is granted twenty-one (21) days from the date of this Order in which to complete the U.S. Marshal forms and return them to the Clerk. Plaintiff is cautioned that the failure to return the completed the marshal forms in a timely and complete manner may result in the dismissal of this case without prejudice and without further notice from the Court;

4.     Upon receipt of the U.S. Marshal forms, the Clerk shall ISSUE Summons and forward same together with the Complaint, the U.S. Marshal forms, and a copy of this order to the U.S. Marshal;

5.     The U.S. Marshal is DIRECTED to effectuate service of process on Defendants at the addresses provided by Plaintiff. If the U.S. Marshal uses U.S. Postal Service delivery to effect service on Defendants, it shall do so by **RESTRICTED DELIVERY, CERTIFIED MAIL**; and

6.     The Clerk shall SEND a copy of this Order to the Plaintiff.


_____/s/_____
George L. Russell, III
Chief United States District Judge