**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF Daniel Rumanos | COURT CASE NUMBER 1:26-cv-01434 |
| DEFENDANT Jane Godiner | TYPE OF PROCESS Summons |

**SERVE AT** { NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Jane Godiner

ADDRESS (*Street or RFD, Apartment No., City, State and ZIP Code*)
300 E. Cromwell St., Baltimore, MD. 21230

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Daniel Rumanos
1000 Boardwalk
Atlantic City, NJ 08401

USDC- BALTIMORE
'26 MAY 20 PM 2:08

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):
email: jgodiner@baltsun.com
Phone: 917-612-5832 (917-612-5832)
Business address: Baltimore Sun, 300 E. Cromwell St. Baltimore, MD 21230
9am-5pm, Monday-Friday

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 609-515-4708 | DATE 4-27-2026 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process 1 | District of Origin No. 037 | District to Serve No. 037 | Signature of Authorized USMS Deputy or Clerk Rebecca Patten | Date 4/28/26 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | Date 5/10/26 | Time | ☐ am ☐ pm |
|---|---|---|---|

| Address (*complete only different than shown above*) | Signature of U.S. Marshal or Deputy R. Patten |
|---|---|

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

USPS return to sender, unable to forward
USMS must return as unexecuted.

FILED _____ ENTERED _____
LOGGED _____ SCS RECEIVED

APR 27 2026

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY Night Drop Box DEPUTY

HD

Rcv'd by: _____ AR

Form USM-285
Rev. 03/21

5 USA DOLLARS

5 USA DOLLARS

1 USA DOLLAR

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT

Jane Godiner
300 E. Cromwell St.
Baltimore, MD 21230

NIXIE        274  C0 1        92/04/2026

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 21201267948        *2040R12475-01-26

U.
United States Dist

101 W. Lombard Street, Suite 6115
Baltimore, MD 21201-2679

Official Business
Penalty for Private Use $300

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jane Godiner
300 E Cromwell St
Baltimore, MD 21230



9590 9402 9754 5266 2212 32

2. Article Number (Transfer from service label)

9589 0710 5270 3742 2174 05

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X                                    ☐ Agent
                                     ☐ Addre

B. Received by (Printed Name)    C. Date of Deli

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ ... Restricted Delivery

☐ Priority Mail Express
☐ Registered Mail™
☐ Registered Mail Res Delivery
☐ Signature Confirma
☐ Signature Confirma Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Re