IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DANIEL RUMANOS, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. GLR-26-1434 |
| JANE GODINER, | * | |
| Defendant. | * | |

\*\*\*

## **ORDER**

On April 13, 2026, self-represented Plaintiff Daniel Rumanos filed a Complaint against Defendant Jane Godiner together with a Motion for Leave to Proceed in forma pauperis. (ECF Nos. 1, 2). The Court granted Rumanos' Motion for Leave to Proceed in forma pauperis on April 21, 2026 (ECF No. 4) and issued the summons to Rumanos on April 28, 2026 (ECF No. 5). Under Federal Rule of Civil Procedure 4(m) and Local Rule 103.8(a) (D.Md. 2025), a defendant must be served within ninety (90) days of the filing of the complaint. To date, the Court has no record that Godiner has been served. Accordingly, it is this 17th day of July, 2026, by the United States District Court for the District of Maryland, hereby:

ORDERED that Rumanos SHOW good cause within fourteen (14) days of the date of this Order why the Complaint should not be dismissed without prejudice for failure to serve Godiner. Failure to respond to this Order may result in dismissal of the Complaint without prejudice and without further notice from this Court.

_____/s/_____
George L. Russell, III
Chief United States District Judge
